■ DAVID ROBBINS v. FRANK COOPER ASSOCIATES.— Motion for reargument denied but motion for resettlement of the order of this court entered on July 9, 1963 (*ante*, p. 242), granted so that, in pertinent part, it would read: " Judgment unanimously reversed on the law and a new trial ordered, with costs to abide the event, questions of fact not having been considered by this court." Submit resettled order. Concur — Breitel, J. P., Rabin, Stevens, Steuer and Bergan, JJ.